United States District Court
Southern District of Texas
**ENTERED**
February 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VERNON JOHNSON, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-00217 |
| LINDSEY DIRDEN, *et al*, | § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed February 8, 2019, (Doc # 30), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 02/08/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge